**Dismiss and Opinion Filed October 3, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00415-CV**

**VICTOR AND JAYME CANTU, Appellants**
**V.**
**JOHN AND DONNA MOSES, Appellees**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-00761-2022**

## MEMORANDUM OPINION

Before Justices Osborne, Nowell, and Smith
Opinion by Justice Osborne

By postcard dated September 6, 2022, we directed appellants to file their overdue brief within ten days and cautioned them that failure to comply would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellants have not complied. Accordingly, we dismiss the appeal. *See id.*

220415f.p05

/Leslie Osborne//
LESLIE OSBORNE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

VICTOR AND JAYME CANTU,
Appellants

No. 05-22-00415-CV      V.

JOHN AND DONNA MOSES,
Appellees

On Appeal from the County Court at
Law No. 3, Collin County, Texas
Trial Court Cause No. 003-00761-
2022.
Opinion delivered by Justice
Osborne, Justices Nowell and Smith
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 3rd day of October 2022.